■ In the Matter of the Arbitration between INDIAN RIVER CENTRAL SCHOOL DISTRICT, Respondent, and THOMAS PASSINO, as President of Indian River Education Association, Appellant. [668 NYS2d 141] —Order unanimously affirmed without costs (*see, Matter of Board of Educ. [Watertown Educ. Assn.]*, 247 AD2d 822 [decided herewith]; *Matter of Board of Educ. [Carthage Teachers' Assn.]*, 238 AD2d 941, *lv denied* 90 NY2d 810). (Appeal from Order of Supreme Court, Jefferson County, Gilbert, J.— Arbitration.) Present—Lawton, J. P., Hayes, Wisner, Callahan and Boehm, JJ.

■ FRANK P. RAQUET et al., Appellants, v CLIFFORD A. ZANE et al., Defendants, and W.N. Y. CARPET FACTORY OUTLET, INC., et al., Respondents. (Appeal No. 2.) [668 NYS2d 141] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also*, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Morton, J.—Set Aside Verdict.) Present—Lawton, J. P., Hayes, Wisner, Callahan and Boehm, JJ.